Kapusta v. Gale Corporation																																																				Doc. 44

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH V. KAPUSTA,

         Plaintiff,

    v.

GALE CORPORATION,

         Defendant.
_____/

NO. CIV. S-03-1232 LKK/KJM

O R D E R

    The court is in receipt of the mandate from the Court of Appeals in the above-captioned case. A Status Conference is now SET for January 23, 2006 at 3:30 p.m. in Chambers.

    IT IS SO ORDERED

    DATED: December 12, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT