# Greenberg
# Traurig

KATHLEEN E. FINNERTY
(916) 442-1111
finnertyk@gtlaw.com

January 11, 2006

Tim Hinkle
Clerk to The Honorable Lawrence K. Karlton
United States District Court
Eastern District of California
501 I Street
Sacramento, CA 95814

**FILED**

JAN 17 2006



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

Re: *Kapusta v. Gale Corporation, et al.*
    Civil Case No. S-03-1232 LKK KJM

Dear Mr. Hinkle:

Mr. Winters has agreed to continue the status conference in this matter to February 27, 2006, at any of the times selected. Since Mr. Winters is in the Eastern Time Zone, I suggest that we schedule the conference for 2:30 p.m. (PST) as the earliest time offered by the court on that date.

As always, thank you for your courtesy in facilitating this scheduling change.

Very truly yours,

KATHLEEN E. FINNERTY

KEF/pt

cc: Gene Winter
    Chris Gibson
    Todd Landis
    Robert Gale

f:\clients\01206.000010\letters\hinkle20060111.doc

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliances
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | 1201 K Street | Suite 1100 | Sacramento, CA 95814 | Tel 916.442.1111 | Fax 916.448.1709         www.gtlaw.com