```
                     UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


JOSEPH V. KAPUSTA,
                                        NO. CIV. S-03-1232 LKK/KJM
          Plaintiff,

     v.
                                              O R D E R
GALE CORPORATION,

          Defendant.
                                         /
```

The Status Conference currently set for January 23, 2006 is CONTINUED to February 27, 2006 at 2:30 p.m. in Chambers.

IT IS SO ORDERED

DATED: January 17, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT