KATHLEEN E. FINNERTY, State Bar No. 157638
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
(916) 442-1111
(916) 448-1709 FAX

Attorneys for Defendant
Gale Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH V. KAPUSTA,<br><br>    Plaintiff,<br><br>v.<br><br>GALE CORPORATION,<br><br>    Defendant.<br>_____ | CASE NO.  CIV S.03-1232 LKK KJM<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>**DATE:**    September 25, 2006<br>**TIME:**    10:00 a.m.<br>**COURTROOM:** 4<br>**JUDGE:**    Hon. Lawrence K. Karlton |

This matter is before the Court on Defendant's application to file its Notice of Motion and Motion for Summary Judgment of Patent Invalidity and Unenforceability and accompanying papers ("Summary Judgment Paper") under seal pursuant to the Stipulated Protective Order entered in this case by the United States District Court, for the District of Connecticut, prior to its transfer to this Court.  See Stipulated Protective Order entered in *Kapusta v. Gale Corp.*, No. 02-CV-01034, (D. Conn.) [Dkt. No. 22], ¶ 10.

/ / /

1
2    Having found that the parties have an interest in maintaining the confidentiality
3 of the Summary Judgment Papers, the application is GRANTED.
4    **IT IS SO ORDERED.**
5
6 DATED: September 6, 2006.
7
8                                         _____
                                          LAWRENCE K. KARLTON
9                                         SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO FILE DOCUMENTS UNDER SEAL