UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH V. KAPUSTA,

        NO. CIV. S-03-1232 LKK/KJM

    Plaintiff,

  v.

        O R D E R

GALE CORPORATION,

    Defendant.
_____/

    The court has been informed that the parties are working towards settlement in this case.  Accordingly, all currently set dates are hereby VACATED.  The parties are instructed to file a status report within thirty (30) days.

    IT IS SO ORDERED.

    DATED: January 23, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT